Stephanie L. Silvano (NJ #168182016)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:  212.351.4035
ssilvano@gibsondunn.com

*Attorney for Defendant BetMGM, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHEN BEI,<br><br>            Plaintiff,<br><br>      v.<br><br>BETMGM, LLC,<br><br>            Defendant. | Civil Action No.<br>2:23-cv-00328-JXN-CLW |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the undersigned, who is admitted to practice before this Court, hereby enters her appearance as counsel for Defendant BetMGM, LLC, in the above-captioned case.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date:  February 15, 2023 | GIBSON, DUNN & CRUTCHER LLP<br><br>By:  */s/ Stephanie L. Silvano*<br>       STEPHANIE L. SILVANO<br><br>*Attorney for Defendant BetMGM, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the attached Notice of Appearance by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ Stephanie L. Silvano*
STEPHANIE L. SILVANO
