## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY RINGLING on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETMGM, LLC<br><br>Defendant. | Civil Action No. 22-7462 (JXN)(CLW)<br><br>**STIPULATION and ORDER<br>CONSOLIDATING RELATED<br>ACTIONS** |
| SHEN BEI, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BET MGM, LLC<br><br>Defendant. | Civil Action No. 23-328(JXN)(CLW) |
| MEREDITH MURPHY and SCOTT MADLINGER, on behalf of themselves and a class of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BETMGM, LLC<br><br>Defendant. | Civil Action No. 23-360(JXN)(CLW) |
| ANTHONY GRIPPA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BETMGM, LLC<br><br>Defendant. | Civil Action No. 23-468(JXN)(CLW) |

Plaintiffs Holly Ringling, Shen Bei, Meredith Murphy, Scott Madlinger, and Anthony Grippa, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant BetMGM, LLC ("BetMGM") hereby stipulate and agree as follows, subject to the Court's approval:

1.      All of the captioned matters are hereby consolidated for all purposes under Civil Action No. 22-7462 (JXN)(CLW) with the caption:

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | Civil Action No. 22-7462 (JXN)(CLW) |

2.      On a going forward basis, all papers shall be filed in Civil Action No. 22-7462 (JXN)(CLW).  If a paper relates to less than all of the above actions, the caption shall indicate to which action(s) the paper relates.

3.      Any action subsequently filed, transferred or removed to this Court, which is related to the above-captioned matters pursuant to Local Civil Rule 40.1(c), shall be consolidated for all purposes if and when they are drawn to the Court's attention, into this consolidated action.

4.      Plaintiffs shall file their Consolidated Complaint on or before April 21, 2023.  No further amendment to the Consolidated Complaint shall be filed absent leave of Court or the agreement of the parties.

5.       In light of the forthcoming Consolidated Complaint, BetMGM shall not be required to respond to the complaints filed in the above-captioned matters.

6.      BetMGM shall file its response to the Consolidated Complaint on or before May 26, 2023.

7.      The foregoing is without prejudice to any claims by Plaintiffs or any defenses on behalf of BetMGM.

2

STIPULATED and AGREED to this 30th day of March, 2023

/s/ Javier Luis Merino
Javier Luis Merino
DANN LAW FIRM
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
201-355-3440
Fax: 216-373-0536
Email: jmerino@dannlaw.com
*Attorneys for Plaintiff*
*Holly Ringling*

/s/ Kevin Laukaitis
Kevin Laukaitis
LAUKAITIS LAW FIRM LLC
737 Bainbridge Street #155
Philadelphia, PA 19147
Phone: 215-789-4462
Email: klaukaitis@laukaitislaw.com
*Attorneys for Plaintiff*
*Shen Bei*

/s/ James. E Cecchi
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

Courtney E. Maccarone
Mark S. Reich
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500
*Attorneys for Plaintiffs*
*Meredith Murphy and Scott Madlinger*

/s/ Andrew Jimin Heo
Andrew Jimin Heo

/s/ Stephanie L. Silvano
Stephanie L. Silvano
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Defendant*
*BetMGM, LLC*

3

Jeffrey W. Golan
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-963-0600
aheo@barrack.com
jgolan@barrack.com
*Attorneys for Plaintiff*
*Anthony Grippa*

**IT IS SO ORDERED**, this  31st  day of March, 2023

_____
JULIEN XAVIER NEALS
United States District Judge